plaintiff treble damages, and awarded plaintiff attorneys' fees under Vehicle and Traffic Law §§ 417 and 417-a. (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Default Judgment.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

RUTH J. JOHNSON, Respondent, v MCFADDEN FORD, INC., Doing Business as MCFADDEN DEALERSHIPS, Appellant. (Appeal No. 2.) [718 NYS2d 665] —Order unanimously affirmed with costs. Same Memorandum as in *Johnson v McFadden Ford* ([appeal No. 1] 278 AD2d 908 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Vacate Judgment.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

RUTH J. JOHNSON, Respondent, v MCFADDEN FORD, INC., Doing Business as MCFADDEN DEALERSHIPS, Appellant. (Appeal No. 3.) [718 NYS2d 665] —Order unanimously affirmed with costs. Same Memorandum as in *Johnson v McFadden Ford* ([appeal No. 1] 278 AD2d 908 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Damages.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD SCHWAB, Appellant. (Appeal No. 1.) [718 NYS2d 666] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Wisner and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD SCHWAB, Appellant. (Appeal No. 2.) [718 NYS2d 671] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT W. BOULEY, Appellant. [718 NYS2d 682] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). (Appeal from Judgment of Niagara County Court, Fricano, J.—Attempted Burglary, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN COSTNER, Appellant. (Appeal No. 1.) [718 NYS2d 669] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d